UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                                        21   - MJ - 4007

DOMINIC PEZZOLA,
  Defendant.

## ORDER REGARDING USE OF VIDEO OR TELECONFERENCING

In accordance with the General Order issued on September 23, 2020, this Court finds:

[✔] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[✔] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

  [ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

  [ ] Other:

IT IS SO ORDERED.

Date: January 15, 2021

s/Marian W. Payson
Marian W. Payson
United States Magistrate Judge