CLOSED

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
## CRIMINAL DOCKET FOR CASE #: **6:21–mj–04007–MWP** All Defendants

Case title: USA v. Pezzola

Date Filed: 01/15/2021
Date Terminated: 01/16/2021

Assigned to: Hon. Marian W. Payson

**Defendant (1)**

**Dominic Pezzola**    represented by    **Michael P. Scibetta**
*TERMINATED: 01/16/2021*                   The Scibetta Law Office
                                           The Irving Place Building
                                           30 West Broad Street – Suite 500
                                           Rochester, NY 14614
                                           585–232–2770
                                           Fax: 585–232–3803
                                           Email: mike@scibettalawoffice.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*
                                           *Designation: Retained*

**Pending Counts**    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**    **Disposition**

None

**Plaintiff**

**USA**    represented by    **Brett A. Harvey**
                             U.S. Attorney's Office
                             100 State Street

Rochester, NY 14614
585−263−6760
Fax: 585−263−6226
Email: brett.harvey@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: government attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/15/2021 | 1 | | Minute Entry for proceedings held before Hon. Marian W. Payson:Initial Appearance in Rule 5(c)(3) Proceedings as to Dominic Pezzola held on 1/15/2021. Defendant surrendered himself today. Defendant consents to appearing by video. Defendant advised of rights. Pursuant to Fed. R. Crim. P 5(f), the Court ordered the government to produce all exculpatory evidence pursuant to Brady v. Maryland and its progeny, and advised that failure to do so could result in consequences, including sanctions and contempt proceedings. Defendant is advised of his rights. The government summarizes the charges. Michael Scibetta appears as retained counsel. The government moves for detention on risk of flight and dangerousness. Defendant waives his right to an identity hearing and requests that the detention hearing and the preliminary hearing be held in the charging district. The Court accepts the waiver. Defendant to remain in custody pending his appearance in the District of Columbia.Appearances by video: Brett Harvey, AUSA, Michael Scibetta, Esq., Dominic Pezzola from jail(Zoomgov.com Recording) (CAM) (Entered: 01/16/2021) |
| 01/15/2021 | 2 | | WAIVER of Rule 5(c)(3) Hearing by Dominic Pezzola (CAM) (Entered: 01/16/2021) |
| 01/15/2021 | 3 | | ORDER as to Dominic Pezzola regarding use of video or teleconferencing. Signed by Hon. Marian W. Payson on 1/15/21.(CAM) (Entered: 01/16/2021) |
| 01/15/2021 | 4 | | ORDER as to Dominic Pezzola re: Brady vs Maryland. Signed by Hon. Marian W. Payson on 1/15/21.(CAM) (Entered: 01/16/2021) |
| 01/16/2021 | 5 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Dominic Pezzola. Defendant committed to District of District of Columbia. Signed by Hon. Marian W. Payson on 1/16/21.(CAM) (Entered: 01/16/2021) |

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 21-MJ-4007 |
| ) | |
| DOMINIC PEZZOLA ) | Charging District's |
| *Defendant* ) | Case No. 1:21-MJ-00047 |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the _____ District of Columbia,
*(if applicable)* _____ division.  The defendant may need an interpreter for this language:
_____.

The defendant:   ❐ will retain an attorney.

❐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  January 16, 2021                           *Marian W. Payson*
                                                  *Judge's signature*

                                                  Marian W. Payson, USMJ
                                                  *Printed name and title*